UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number: 16-14002-CIV-MARTINEZ-MAYNARD**

ROBERTO PEREZ-PEREZ,

    Plaintiff,

vs.

BENITO VASQUEZ d/b/a
B & F DETASSELING,

    Defendant.
_____/

## ORDER REVISING SCHEDULING ORDER

THIS CAUSE came before the Court upon the Plaintiff's Motion to Reset Deadlines [ECF No. 27]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The Plaintiff's Motion to Reset Deadlines [ECF No. 27] is **GRANTED** as set forth herein.

2. Trial is rescheduled to commence during the two-week period beginning **Monday, March 4, 2019**, with calendar call commencing on **Thursday, February 28, 2019 at 1:30 p.m.**

3. The following pretrial deadlines are reset:

| Date | Deadline |
|---|---|
| 8-20-2018 | Joinder of Additional Parties, motions to amend the complaint, and motions for class certification. |
| 8-27-2018 | Parties shall exchange expert witness summaries and reports. |
| 8-27-2018 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 9-5-2018 | Parties exchange rebuttal expert witness summaries and reports. |

| | |
|---|---|
| Note: | These provisions pertaining to <u>expert</u> witnesses do not apply to treating physicians, psychologists or other health providers. |
| 10-25-2018 | All discovery, including expert discovery, shall be completed. |
| 11-5-2018 | A mediator must be selected. |
| 11-26-2018 | All *Daubert*, summary judgment, and other dispositive motions must be filed. |
| Note: | In the event that there are any unresolved discovery motion pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status. |
| 1-3-2019 | Mediation shall be completed. |
| 1-18-2019 | All Pretrial Motions and Memoranda of Law must be filed. |
| 2-12-2019 | Joint Pretrial Stipulation and deposition designations must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are set forth in paragraph 5 of this Court's prior Scheduling Order [ECF No. 14]. |
| 2-25-2019 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 2-27-2019 | Proposed voir dire questions must be filed. |

The Court's scheduling order [ECF No. 14] shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record